# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 3:22-mj-29 |
| HEATHER MARTH | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Dec. 31, 2021 in the county of Washington, Clackamas in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit of Clinton Lindsly, Special Agent, Department of Homeland Security, Immigrations and Customs Enforcement, Homeland Securities Investigations.

☑ Continued on the attached sheet.

By phone pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Clinton Lindsly, Special Agent, DHS/ICE/HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:20 xxx./p.m.

Date: 02/23/2022

*Judge's signature*

City and state: Portland, Oregon        Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*